Case 7:12-cr-01639   Document 1   Filed in TXSD on 10/03/12   Page 1 of 15

United States District Court
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

OCT 0 3 2012

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § Criminal No. **M-12-1639** |
| JESUS CASIMIRO MIRELES | § |
| ELIDA MIRELES | § |
| RAMIRO ARREDONDO SALINAS | § 10/17/2012/ec |
| ELIZABETH AGUILAR | § |
| KATIE MAY ZAMORA | § |
| FRANCIS ANAHI RUBIO | § |
| RODOLFO RIOS | § |
| DEBBIE DEBBLES VELAZQUEZ | § |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about November 10, 2010, to on or about November 29, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS CASIMIRO MIRELES**

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1977DL2785; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number AG66821989; and a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1967AD4258 in that defendant **JESUS CASIMIRO MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that defendant **JESUS CASIMIRO**

Case 7:12-cr-01639  Document 1  Filed in TXSD on 10/03/12  Page 2 of 15

MIRELES was the actual buyer of the firearms described above, when in truth and fact, the defendant **JESUS CASIMIRO MIRELES** knew that those statements and representations were false and that defendant **JESUS CASIMIRO MIRELES** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Two

From on or about December 3, 2010, to on or about December 31, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### JESUS CASIMIRO MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2T-N102988; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1970BT0515; a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2T-N102699; and a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS00994 in that defendant **JESUS CASIMIRO MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **JESUS CASIMIRO MIRELES** was the actual buyer of the firearms described above, when in truth and fact, the defendant **JESUS CASIMIRO MIRELES** knew that those statements and representations were false and that defendant **JESUS CASIMIRO MIRELES**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Three

From on or about January 5, 2011, to on or about January 31, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant

Case 7:12-cr-01639   Document 1   Filed in TXSD on 10/03/12   Page 3 of 15

**JESUS CASIMIRO MIRELES**

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1968BF2073; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1986RB7054; a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS01153; and a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS01081 in that the defendant **JESUS CASIMIRO MIRELES**, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **JESUS CASIMIRO MIRELES** was the actual buyer of the firearms described above, when in truth and fact, defendant **JESUS CASIMIRO MIRELES** knew that those statements and representations were false and that defendant **JESUS CASIMIRO MIRELES** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Four

From on or about February 1, 2011, to on or about February 3, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS CASIMIRO MIRELES**

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1969BO3632; and a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB204966 in that the defendant **JESUS CASIMIRO MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **JESUS CASIMIRO**

Case 7:12-cr-01639   Document 1   Filed in TXSD on 10/03/12   Page 4 of 15

MIRELES was the actual buyer of the firearms described above, when in truth and fact, defendant JESUS CASIMIRO MIRELES knew that those statements and representations were false and that defendant JESUS CASIMIRO MIRELES was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Five

From on or about October 13, 2010, to on or about October 29, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### ELIDA MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1968BH3310; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1965NI0307; and a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1982SAD4183 in that the defendant ELIDA MIRELES falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant ELIDA MIRELES was the actual buyer of the firearms described above, when in truth and fact, defendant ELIDA MIRELES knew that those statements and representations were false and that defendant ELIDA MIRELES was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Six

From on or about November 8, 2010, to on or about November 26, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### ELIDA MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS00157; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1979ZE2245; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1969BP0546; and a Century International Arms, Model AKMS,7.62mm rifle, serial number KMS00344 in that the **ELIDA MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **ELIDA MIRELES**, was the actual buyer of the firearms described above, when in truth and fact, defendant **ELIDA MIRELES** knew that those statements and representations were false and that defendant **ELIDA MIRELES** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Seven

From on or about December 3, 2010, to on or about December 31, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## ELIDA MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2T-N101265; a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2T-N101795; a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2T-N102159; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1970BT3396; and a Century International Arms, Model AKMS,7.62mm rifle, serial number

KMS00992; in that defendant **ELIDA MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **ELIDA MIRELES** was the actual buyer of the firearms described above, when in truth and fact, defendant **ELIDA MIRELES** knew that those statements and representations were false and that defendant **ELIDA MIRELES** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Eight

From on or about January 2, 2011, to on or about January 26, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## ELIDA MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1966RS0352; and a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1984PF7534 in that defendant **ELIDA MIRELES** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that defendant **ELIDA MIRELES** was the actual buyer of the firearms described above, when in truth and fact, defendant **ELIDA MIRELES** knew that those statements and representations were false and that defendant **ELIDA MIRELES**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Nine

From on or about February 1, 2011, to on or about February 9, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

Dbt f !8;23.ds 1274: !!!Epdvn f ou2!!!!Gjrhe!jo!UYTE!po!21014023!!!Qbhf !8!pg26

### ELIDA MIRELES

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1971DG3036; a Century International Arms, Model AKMS,7.62mm rifle, serial number KMS00476; and a Century International Arms, Model M70AB2T, 7.62mm rifle, serial number AB2-05015 in that defendant **ELIDA MIRELES**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **ELIDA MIRELES** was the actual buyer of the firearms described above, when in truth and fact, defendant **ELIDA MIRELES** knew that those statements and representations were false and that defendant **ELIDA MIRELES** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Ten

From on or about April 2, 2011, to on or about April 29, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

### RAMIRO ARREDONDO SALINAS
### and
### ELIZABETH AGUILAR

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1971DG4150; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1966UV3819; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1969BM0570; and a Century International Arms, Model

Dbt f !8;23.ds 1274: !!!Epdvn f ou2!!!!Gjrhe!jo!UYTE!po!21014023!!!Qbhf !9!pg26

WASR 10, 7.62mm rifle, serial number 1970BU2658 in that the defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **ELIZABETH AGUILAR**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **ELIZABETH AGUILAR**, was the actual buyer of the firearms described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **ELIZABETH AGUILAR**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Eleven

From on or about April 2, 2011, to on or about April 29, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMIRO ARREDONDO SALINAS**
and
**KATIE MAY ZAMORA**

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS00702; an Arsenal, Model SGL21-61, serial number L09128045; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1976GU4759; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1970BT1968; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1970BT4286; and a PTR 91 Incorporated, Model PTR91, .308 caliber rifle, serial number G10416 in that the defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **KATIE MAY ZAMORA**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form

4473, that defendant **KATIE MAY ZAMORA**, was the actual buyer of the firearms described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **KATIE MAY ZAMORA**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Twelve

From on or about May 4, 2011, to on or about May 12, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMIRO ARREDONDO SALINAS**
**and**
**KATIE MAY ZAMORA**

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a PTR 91 Incorporated, Model PDW, .308 caliber pistol, serial number DK0459; a PTR 91 Incorporated, Model PTR91; .308 caliber rifle, serial number GI0383; and a Barret, Model 82A1, serial number AA000547 in that the defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **KATIE MAY ZAMORA**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **KATIE MAY ZAMORA**, was the actual buyer of the firearms described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **KATIE MAY ZAMORA**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Thirteen

On or about November 18, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMIRO ARREDONDO SALINAS**
**and**
**FRANCIS ANAHI RUBIO**

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1971DG0044 in that defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **FRANCIS ANAHI RUBIO**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **FRANCIS ANAHI RUBIO**, was the actual buyer of the firearm described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **FRANCIS ANAHI RUBIO**, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## Count Fourteen

On or about January 13, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMIRO ARREDONDO SALINAS**
**and**
**FRANCIS ANAHI RUBIO**

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International

Dbt f !8;23.ds 1274: !!!Epdvn f ou2!!!!Gjrhe!jo!UYTE!po!21014023!!!Qbhf !22!pg26

Arms, Model WASR 10/63, 7.62mm rifle, serial number 1968BH0657 in that defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **FRANCIS ANAHI RUBIO**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **FRANCIS ANAHI RUBIO**, was the actual buyer of the firearm described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **FRANCIS ANAHI RUBIO**, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

### Count Fifteen

On or about February 1, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMIRO ARREDONDO SALINAS**
**and**
**FRANCIS ANAHI RUBIO**

knowingly made, and aided and abetted the making of a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1969BO3632 in that defendant **RAMIRO ARREDONDO-SALINAS** aided and abetted defendant **FRANCIS ANAHI RUBIO**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **FRANCIS ANAHI RUBIO**, was the actual buyer of the firearm described above, when in truth and fact, the defendant **RAMIRO ARREDONDO-SALINAS** knew that those statements and representations were false and that defendant **FRANCIS ANAHI RUBIO**, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

Dbt f !8;23.ds 1274: !!!Epdvn f ou2!!!!Gjrfie!jo!UYTE!po!2101 4023!!!Qbhf !23!pg26

## Count Sixteen

On or about January 5, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## RODOLFO RIOS

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model AKMS, 7.62mm rifle, serial number KMS00654, in that defendant **RODOLFO RIOS** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **RODOLFO RIOS**, was the actual buyer of the firearm described above, when in truth and fact, defendant **RODOLFO RIOS** knew that those statements and representations were false and that defendant **RODOLFO RIOS**, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Seventeen

On or about February 3, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## RODOLFO RIOS

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model M70AB2, 7.62mm rifle, serial number AB2-04947, in that defendant **RODOLFO RIOS** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **RODOLFO RIOS**, was the actual buyer of the firearm described above, when in truth and fact, defendant **RODOLFO RIOS** knew

that those statements and representations were false and that defendant **RODOLFO RIOS**, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Eighteen

From on or about November 16, 2010, to on or about November 29, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DEBBIE DEBBLES VELAZQUEZ

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model M70AB2, 7.62mm rifle, serial number AB2T- N10102165; and a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1966AC4142, in that defendant **DEBBIE DEBBLES VELAZQUEZ** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that defendant **DEBBIE DEBBLES VELAZQUEZ** was the actual buyer of the firearms described above, when in truth and fact, defendant **DEBBIE DEBBLES VELAZQUEZ** knew that those statements and representations were false and that defendant **DEBBIE DEBBLES VELAZQUEZ** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Nineteen

From on or about December 8, 2010, to on or about December 27, 2010, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DEBBIE DEBBLES VELAZQUEZ

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1985PO5021; a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1966UV4458; and a Century International Arms, Model M70AB2, 7.62mm rifle, serial number AB2T-N101300, in that defendant **DEBBIE DEBBLES VELAZQUEZ** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **DEBBIE DEBBLES VELAZQUEZ**, was the actual buyer of the firearms described above, when in truth and fact, defendant **DEBBIE DEBBLES VELAZQUEZ** knew that those statements and representations were false and that defendant **DEBBIE DEBBLES VELAZQUEZ**, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Twenty

On or about January 26, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DEBBIE DEBBLES VELAZQUEZ

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10, 7.62mm rifle, serial number 1972EG2624, in that defendant **DEBBIE DEBBLES VELAZQUEZ** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **DEBBIE DEBBLES VELAZQUEZ** was the actual buyer of the firearms described above, when in truth and fact, defendant **DEBBIE DEBBLES VELAZQUEZ** knew that those statements and representations

were false and that defendant **DEBBIE DEBBLES VELAZQUEZ** was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count Twenty-One

On or about February 7, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DEBBIE DEBBLES VELAZQUEZ

knowingly made a false statement with respect to information required to be kept in the records of Erick Ford Kruger d/b/a The Armory of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model M70AB, 7.62mm rifle, serial number AB2-206195, in that defendant **DEBBIE DEBBLES VELAZQUEZ** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that defendant **DEBBIE DEBBLES VELAZQUEZ** was the actual buyer of the firearm described above, when in truth and fact, defendant **DEBBIE DEBBLES VELAZQUEZ** knew that those statements and representations were false and that defendant **DEBBIE DEBBLES VELAZQUEZ** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY